IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

DIANA G. MILLER, :

    Plaintiff, :

                                        Case No. 3:13cv00001

vs. :

                                        District Judge Walter Herbert Rice

CAROLYN W. COLVIN, : Chief Magistrate Judge Sharon L. Ovington
Acting Commissioner of the Social
Security Administration, :

    Defendant. :

## DECISION AND ENTRY

       The Court has conducted a <u>de novo</u> review of the Report and Recommendations of Chief United States Magistrate Judge Sharon L. Ovington (Doc. #18), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

       Accordingly, it is hereby **ORDERED** that:

       1.      The Report and Recommendations filed on February 25, 2015 (Doc. #18) is adopted in full;

       2.      The Motion for Allowance of Attorney Fees (Doc. #17) is GRANTED;

       3.      The Commissioner is directed to pay Plaintiff's attorney fees pursuant to 42 U.S.C. §406(b)(1) in the total amount of $15,000.00; and

4. The case remains terminated on the docket of this Court.

                                          Walter Herbert Rice
                                          United States District Judge